■ In the Matter of JACOB MATTHEW C. and Another, Infants. MARY ANN A., Appellant; ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [632 NYS2d 1017] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, O'Donnell, J. (Appeal from Order of Erie County Family Court, O'Donnell, J.—Terminate Parental Rights.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. COLEMAN, Appellant. (Appeal No. 1.) [632 NYS2d 907] —Judgment unanimously affirmed. Memorandum: There is no merit to the contention of defendant that his waiver of the right to appeal is unenforceable. No particular litany is required to render a waiver voluntary, knowing and intelligent *(People v Callahan,* 80 NY2d 273, 283). Although Supreme Court asked defendant only once whether he was waiving his right to appeal, the record reveals that defendant discussed the waiver with his attorney and that the plea bargain was reasonable and beneficial to defendant. The facts and circumstances surrounding the waiver establish that it was voluntary, knowing and intelligent *(see, People v Seaberg,* 74 NY2d 1, 11). In any event, were we to reach the issue raised on appeal, we would conclude that the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Unauthorized Use Vehicle, 2nd Degree.) Present—Denman, P. J., Lawton, Fallon, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. COLEMAN, Appellant. (Appeal No. 2.) [632 NYS2d 993] —Judgment unanimously affirmed. Same Memorandum as in *People v Coleman* (219 AD2d 827 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.— Attempted Criminal Possession Weapon, 3rd Degree.) Present— Denman, P. J., Lawton, Fallon, Balio and Boehm, JJ.